UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK BRUCE,<br><br>    Plaintiff,<br><br>    v.<br><br>RALPH DIAZ, et al.,<br><br>    Defendants. | No. 2:20-cv-0454 CKD P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. In this case, all but one of the defendants and plaintiff appear to reside in Riverside County, and plaintiff's claims concern conditions at Ironwood State Prison which is also in Riverside County. Riverside County lies within the jurisdiction of the United States District Court for the Central District of California. In the interest of justice, and for convenience of the parties, the court will transfer this action to the Central District. See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

/////
/////
/////
/////
/////

Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Central District of California.

Dated: March 9, 2020

*signature*

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/kly
bruc0454.21a